UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE JUAN ALONSO GIL, MOISES GUSMAN GARCIA, and FAUSTINO DEHESA OROZCO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>B & B IRON WORKS, INC., MAURO BELGIOVINE, an Individual, GENERAL CONTRACTORS 1-20, and SURETY COMPANIES 1-20,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>2:21-cv-20480-JXN-AME |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel that the above-captioned action is dismissed without prejudice, against all of the Defendants without costs, attorneys' fees, or expenses to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure.

By: s/ *[signature]*
Mitchell Schley, Esq.
Law Offices of Mitchell Schley, LLC
197 Route 18, Suite 3000
East Brunswick, New Jersey 08816
*Attorneys for Plaintiffs*
Dated: November 28, 2022

By: s/ *[signature]*
Michael Dee, Esq.
O'Toole Scrivo
14 Village Park Road
Cedar Grove, NJ 07009
*Attorneys for Defendants*
Dated: December 1, 2022

SO ORDERED:

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

Date: 12/6/2022